UNITED STATES DISTRICT COURT
FOR THE NEW YORK-NORTHERN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DANIEL LYNAUGH,
        Defendant

Case No.: 6:12-cv-01127(FJS/DEP)

## DEFAULT JUDGMENT IN A CIVIL CASE

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and complaint on September 22, 2012, and an affidavit on behalf of the plaintiff having been filed, it is this 23rd day of November, 2012, declared that:

Defendant herein is in default.

NOW, on Motion of Gary J. Valerino, United States Attorney, the Plaintiff's attorney, it is hereby adjudged that the United States of America, the Plaintiff, whose address is c/o United States Attorney, P.O. Box 7198, 900 Federal Building, Syracuse, New York 13261-7198, recover Daniel Lynaugh, defendant, who resides at; 174 Langley Road, Amsterdam, New York 12010, damages in the amount of $1,549.73 and have execution therefor.

LAWRENCE K. BAERMAN, CLERK

BY: *Barbara Woodford*
Deputy Clerk